UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Dusper v. Davol, Inc., et al.*
Case No. 2:19-cv-3053

## ORDER

On May 16, 2024, after Plaintiff's counsel filed a Notice of Suggestion of Death (ECF No. 4) and status report indicating that counsel had been unable to find an appropriate substitute plaintiff (ECF No. 5), the Court ordered Plaintiff's counsel to show cause why, given the representations in the status report, this case should not be dismissed. (ECF No. 6.) Plaintiff's counsel filed another status report indicating that counsel had not been able to reach Plaintiff's family or find an appropriate substitute. (ECF No. 7.) Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

    IT IS SO ORDERED.


**6/24/2024**　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**